OFFICE OF DISCIPLINARY COUNSEL *v.* TALBERT.

[Cite as *Disciplinary Counsel v. Talbert* (1994), 71 Ohio St.3d 438.]

(No. 94–2300—Submitted December 7, 1994—Decided December 30, 1994.)

*Geoffrey Stern,* Disciplinary Counsel, and *Alvin E. Mathews,* Assistant Disciplinary Counsel, for relator.

*Mark H. Aultman,* for respondent.

---

*Per Curiam.* Having thoroughly reviewed the record, we agree with the board's finding of misconduct and its recommendations. Accordingly, respondent is hereby publicly reprimanded. Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK and F.E. SWEENEY, JJ., concur.

PFEIFER, J., dissents.

PFEIFER, J., dissenting. The facts as presented in this case do not merit disciplinary action. However, respondent did agree with the relator's recommendation of a public reprimand. If there are some other facts that yielded this result, they should be revealed to this court. If not, the case should be dismissed.